UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOL AQUILA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SALAZAR, et al.,<br><br>　　　　Respondents. | Case No. 21-cv-09663-VC<br><br>**ORDER OF DISMISSAL** |

　　　　On December 15, 2021, Sol Aquila filed a petition for a writ of habeas corpus under 28 U.S.C. section 2254. That day, the clerk of the court sent Aquila a notice that the action was deficient because he did not pay the requisite $5.00 filing fee or submit a signed and completed court-approved in forma pauperis (IFP) application. The notice included the court's blank IFP application form and a postage paid return envelope. The notice stated that if Aquila did not submit a completed IFP form or pay the $5.00 filing fee within 28 days of the date of the notice, the petition would be dismissed. Aquila did not submit a completed IFP application or pay the $5.00 filing fee within the time allotted.

　　　　On March 22, 2022, the court issued an order providing Aquila a second opportunity to submit the completed IFP application or pay the $5.00 filing fee and was given 28 days to do so. More than 28 days have passed since the March 22 order, and Aquila has still not submitted a completed IFP application or paid the $5.00 filing fee. The action is DISMISSED without prejudice. The clerk is instructed to close the file.

　　　　**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
VINCE CHHABRIA
United States District Judge